# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| J. LLOYD INTERNATIONAL, INC., | |
| Plaintiff, | No. 10-CV-148-LRR |
| vs. | **ORDER** |
| WEI HAR YIP, | |
| Defendants. | |

The matters before the court are Defendant Wai Har Yip's "Motion to Alter or Amend Judgment" ("Motion to Amend") (docket no. 15) and "Motion to Continue Trial" ("Motion to Continue") (docket no. 16). On April 28, 2011, the court entered an order ("Summary Judgment Order") (docket no. 13) granting in part and denying in part Yip's Motion for Summary Judgment (docket no. 7). On May 3, 2011, Yip filed the Motion to Amend, noting that the court inadvertently transposed a date in the Summary Judgment Order. Plaintiff J. Lloyd International, Inc., has not resisted the Motion to Amend, and the time for doing so has expired. *See* LR 7.e (stating that a resistance must be filed "within 14 days after the motion is served"); LR 6 (providing an additional three days when service is completed electronically).

The Motion to Amend (docket no. 15) is **GRANTED**. The Summary Judgment Order shall be amended to reflect that the Complaint (docket no. 2) does not allege any conduct occurring after the date of the December 30, 2008 Release, and consequently, no viable claim remains under the Complaint. The Motion to Continue (docket no. 16) is **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE THIS CASE**.

      **IT IS SO ORDERED.**

      **DATED** this 25th day of May, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA